UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Richard J. Buono | ) | Chapter 13 |
| | ) | |
| | ) | 24-11211 amc |
| | ) | |
| | ) | |
| | ) | Hearing to be Held on July 9, 2024 at 11:00 |
| | ) | AM. |
| | ) | Courtroom 4 |
| | ) | 900 Market Street, 2nd Floor, |
| | ) | Philadelphia, PA 19107 |

## MOTION TO ALLOW AND AUTHORIZE ADMINISTRATION OF DEBTOR'S CHAPTER 13 CASE BY ADMINISTRATOR AFTER DEATH OF DEBTOR PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1016

To the Honorable Ashely M. Chan, United States Bankruptcy Judge: Debtor by and through his attorney, Albert J. Scarafone, Esquire respectfully represents:

1. The above-captioned case was commenced by the filing a Voluntary Petition for Relief under Chapter 13 of Title 11 of the United States Code on April 10, 2024.

2. Debtor filed this case individually to stop a foreclosure on his home.

3. The debtor's home is solely titled in his name, and the mortgage is also exclusively in his name.

4. The debtor resided in the home with his spouse and their two children, one of whom has special needs.

5. Debtor died suddenly on May 1, 2024, 21 days after the petition was filed. A redacted copy of the initial death certificate is attached hereto and marked as Exhibit "A".

6. Suggestion of Death was filed on May 31, 2024.

7. The meeting of creditors scheduled for June 12, 2024 has not taken place yet.

8. Debtor's non-filing spouse ("NFS"), Georgia Buono, filed a Petition for Letters of Administration in Montgomery County Pennsylvania on May 17, 2024 and is awaiting probate. A true and correct copy of the docket is marked as Exhibit "B" and attached hereto.

9. The NFS is the beneficial heir of the real estate along with her two children.

10. The NFS believes that she has sufficient income alone to complete the Plan as originally filed.

11. The non-filing spouse as the administrator of the deceased debtor wishes to complete this case. She believes that further administration is possible and in the best interest of all parties and further believes that the case will proceed and conclude in the same manner as if the debtor's death had not occurred, pursuant to Bankruptcy Rule 1016.

WHEREFORE, Debtor respectfully prays this Honorable Court enter the ORDER attached hereto and made a part hereof.

Respectfully submitted,

/s/ Albert J. Scarafone
Albert J. Scarafone, Esq.
Hill, Friedland & Scarafone
Attorneys for Debtors
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
Phone: 610-275-4000
Fax: 610-275-4883